**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KAREN VITORINO,**

    **Plaintiff,**

v.                                                Case No.  8:13-cv-499-T-30MAP

**LE RUSS CORPORATION,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Reconsideration (Dkt. 39). "Plaintiff requests reconsideration of the Court's Order to the extent that the Court finds Rule 12(c) does not permit entry of partial judgment on one or more elements of a claim." Dkt. 39. The Court stated in its order that it "*declines* to enter judgment as to an element of a claim." The Court made no finding as to whether Rule 12(c) authorizes an entry of partial judgment as to an element of a claim. As such, the Plaintiff's motion for reconsideration is denied.

Moreover, subsequent to the Court's order denying partial judgment on the pleadings, the parties submitted a joint stipulation of dismissal and the Court entered a sixty-day order of dismissal. Accordingly, Plaintiff's motion for reconsideration is denied as moot because the case is dismissed.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion for Reconsideration (Dkt. 39) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2013.

                                                                    /s/ James S. Moody, Jr.
                                                                    JAMES S. MOODY, JR.
                                                                    UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-499.denyreconsider.frm